**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6372**

―――――――――

PARRISH T. WALTON,

Plaintiff - Appellant,

versus

V. A. YERBY, Lieutenant; S. M. GAYLE, Unit
Nurse,

Defendants - Appellees,

and

CAROLINE COUNTY UNIT #2 PRISON,

Defendant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge.
(CA-97-1129-2)

―――――――――

Submitted: July 6, 1999             Decided: July 15, 1999

―――――――――

Before MURNAGHAN, HAMILTON, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Parrish T. Walton, Appellant Pro Se. Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Elizabeth Butterworth Stutts, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Parrish T. Walton appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Walton v. Yerby, No. CA-97-1129-2 (E.D. Va. Feb. 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED